ACCEPTED
03-14-00399-CV
3939314
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 4:50:29 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00399-CV

**IN THE COURT OF APPEALS**
**FOR THE THIRD DISTRICT**
**AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 4:50:29 PM
JEFFREY D. KYLE
Clerk

LAW OFFICE OF LARRY LADEN; LARRY LADEN, P.C.;
LARRY LADEN, INDIVIDUALLY; AND CLAY BOULWARE,
INDIVIDUALLY

Appellants,

v.

ALYSA BAKER,

Appellee.

On Appeal from the County Court at Law No. 1
of Travis County, Texas
Cause No. C-1-CV-13-010495
(Hon. David Phillips)

**JOINT STATUS REPORT**

Respectfully submitted,

**Larry R. Laden**
Texas Bar No. 11814500
Email: lladen@swbell.net
**Clay H. Boulware**
Texas Bar No. 24001767
Email: cboulware@swbell.net

**LAW OFFICE OF LARRY LADEN**

4407 Bee Caves Road, Bldg. 3, #301
Austin, TX 78746
Telephone: 512-472-8010
Facsimile:  512-478-1615

**ATTORNEYS FOR APPELLANT**

**Craig Smith**
Texas Bar No.  18553600
Email:  csslawrr@gmail.com

**The Law Office of Craig Smith**
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, Texas 78418
(361) 728-8037

**APPELLATE COUNSEL FOR**
**RESPONDENT ALYSA BAKER**

## JOINT STATUS REPORT

The parties report that the trial court has granted the parties' Agreed Motion to Vacate Default Judgment and Abate Proceedings.  A copy of the trial court's order is attached as Exhibit 1.

Appellants and Appellee ask this court to dismiss the appeal since the trial court is asserting jurisdiction.

Respectfully Submitted,

**LAW OFFICE OF LARRY LADEN**
4407 Bee Caves Road
Bldg. 1, Suite 111
Austin, Texas 78746
(512) 472-8010
Fax: (512) 478-1615


By_____/s/ Larry Laden_____
     LARRY LADEN
     State Bar No. 11814500
     E-mail: lladen@swbell.net

**CLAY BOULWARE**
4407 Bee Caves Road
Bldg. 1, Suite 111
Austin, Texas 78746
(512) 472-8010
Fax: (512) 478-1615


By\_\_\_\_\_/s/ Clay Boulware_____
     CLAY BOULWARE
     State Bar No. 24001767
     E-mail: cboulware@swbell.net

**The Law Office of Craig Smith**
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, Texas 78418
(361) 728-8037


By\_\_\_\_/s/ Craig Smith_____
     CRAIG S. SMITH
     State Bar No. 18553600
     Email: csslawrr@gmail.com

     Appellate Counsel for Plaintiff Alysa
     Baker

## Certificate of Service

By my signature above, I certify that a true and correct copy of this document has been served on January 28, 2015, as follows:

Mr. Donald H. Grissom           *Via email - don@gandtlaw.com*
509 W. 12th Street
Austin, Texas 78701
*Trial Court Attorney for Appelle*